# JacksonLewis

**Jackson Lewis P.C.**
15 South Main Street, Suite 700
Greenville SC  29601
(864) 232-7000 Direct
(864) 235-1381 Fax
jacksonlewis.com

*Via Electronic Filing*

September 28, 2020

Phoebe A. Clark, Esq.
Wukela Law Firm
P.O. Box 13057
Florence, SC 29504

Re:   Victoria Mabry v. McLeod Health Cheraw
        C.A. No. 4:20-cv-03147-SAL-KDW

Dear Phoebe:

This letter confirms our communication on September 25, 2020.  In order to comply with Local Civil Rule 12.01, DSC, I am writing to confirm your agreement to extend the time for Defendant McLeod Health Cheraw to respond to the Complaint by twenty-one (21) additional days. The current due date for Defendant's response is October 1, 2020.  With the extension, Defendant's responsive pleading is due on or before **October 22, 2020**.

Thank you for extending this courtesy to us, and we look forward to working with you.

Sincerely,

*s/ Ellison F. McCoy*
Ellison F. McCoy
Fed. I.D. No. 6389
(864) 672-8049 Direct
ellison.mccoy@jacksonlewis.com
Jackson Lewis P.C.

I hereby consent to the extension of time to respond:

*s/ Phoebe A. Clark*
Federal I.D. No. 9888