IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Victoria Mabry, | Case No. 4:20-cv-3147-SAL |
| Plaintiff, | |
| v. | **ORDER** |
| McLeod Physician Associates II, | |
| Defendant. | |

    This matter is before the Court for review of the February 19, 2021 Report and Recommendation ("Report") of United States Magistrate Kaymani D. West, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). [ECF No. 36]. In the Report, the Magistrate Judge recommends that Defendant's partial motion to dismiss, ECF No. 7, be granted and Plaintiff's cause of action for intentional infliction of emotional distress (third cause of action) be dismissed. [ECF No. 36]. No party filed objections to this Report, and the time to do so has passed. *See id.*

    The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber,* 423 U.S. 261, 270-71 (1976). The Court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record

1

in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.,* 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the Court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, Defendant's partial motion to dismiss, ECF No. 7, is GRANTED and Plaintiff's cause of action for intentional infliction of emotional distress (third cause of action) is DISMISSED. Motions are referred to Magistrate Judge Kaymani D. West for further proceedings.

IT IS SO ORDERED.

April 29, 2021
Florence, South Carolina

/s/Sherri A. Lydon
Sherri A. Lydon
United States District Judge